**Re:** MENZIES MIDDLE EAST AND AFRICA SA, v. REPUBLIC OF NIGER

**Case Number:** 1:25-MC-00322

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Republic of Niger<br>The Honorable Bakary Yaou Sangre<br>Minister of Foreign Affairs<br>BP: 396 Republique du Niger<br>Niamey 1001 Niger | Menzies Middle East and Africa SA<br>127 rue de Muhlenbach<br>2168 Luxembourg<br>Luxembourg |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $7,603,623.31 | Michael Z. Bluestone, Esq.<br>Bluestone P.C.<br>52 Duane Street, Suite 900<br>New York, NY  10007 | July 3, 2025 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE - U.S. DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

**I CERTIFY that the foregoing is a correct Abstract of the Judgment**

**Dated:** New York , **New York**

**TAMMI M. HELLWIG, Clerk of Court**

_____

**By,**      **Deputy Clerk**