# Exhibit A

# Niger : les vieux comptes ne font pas les bons amis

Ou comment une dette héritée de l'époque Salou Djibo, et dont le gouvernement actuel conteste la légitimité, menace de frapper Niamey au portefeuille.



Millaut venessequi berovidis ium dem fugia nis di sequam ressequia ipsaecto

Par **Mathieu Olivier**

Publié le 27 décembre 2016 · Modifié le 6 févr. 2017 à 19h01 · Lecture : 6 minutes.

Fichier généré le 24/12/2025 à 12:51

C'est une affaire rocambolesque dont les protagonistes hésitent à parler de crainte d'être écoutés par de trop longues oreilles… Un feuilleton judiciaire qui agace au plus haut point à Niamey. Et pour cause : à la suite de la plainte d'une société peu connue du grand public, baptisée Africard, le Niger risque de voir saisis plusieurs de ses biens en France et aux États-Unis. Parmi eux,

une coquette villa nichée au cœur de la Celle-Saint-Cloud, dans la région parisienne, ou encore un immeuble situé en plein centre de New York qu'un ancien ministre nigérien estime à plusieurs dizaines de millions d'euros.

## La rupture d'un contrat onéreux

Mais quel rapport y a-t-il entre Niamey, les juges de Columbia et de Paris, et une entreprise spécialisée dans l'impression de documents sécurisés et la fabrication de cartes à puce ? Il faut, pour le comprendre, remonter au début de l'année 2011. Le Niger est alors en pleine transition. Au pouvoir depuis 1999, Mamadou Tandja est tombé, le Tazarché (« continuité », en haoussa) a échoué, et c'est Salou Djibo, l'ancien commandant de la compagnie de blindés de Niamey, qui assure l'intérim. Le 28 janvier 2011, le gouvernement décide d'attribuer, sur décision du ministre de l'Intérieur, Ousmane Cissé, un marché de production de passeports électroniques à la société Africard, anciennement liée à l'entreprise Inkript, qui appartient elle-même au libanais Resource Group Holding (RGH).

Montant du contrat : 34,8 milliards de FCFA (environ 53 millions d'euros, à l'époque), hors taxes. Une somme rondelette pour un pays en transition… Si bien qu'un peu plus d'un an plus tard le nouveau gouvernement mené par Brigi Rafini, nommé Premier ministre par le président Mahamadou Issoufou, élu en 2011, décide, après l'avoir d'abord accepté, de revenir sur cet accord après une prise de contact – et de bec – avec Africard. Le 24 mars 2012, Africard est donc informé par courrier de la résiliation du contrat. C'est le début d'une bataille que le Niger n'avait absolument pas prévue – un combat juridique « complètement débile », glisse, au comble de l'énervement, un membre du gouvernement.

## Saisie de biens de l'Etat nigérien

Jugez plutôt : estimant la résiliation du contrat abusive, Africard saisit d'abord les plus hautes autorités nigériennes, notamment la Cour d'État, qui lui donne raison le 23 janvier 2013. Mais le ministère de l'Intérieur reste

inflexible. Africard se tourne alors vers la Cour commune de justice et d'arbitrage (CCJA), de l'Organisation pour l'harmonisation en Afrique du droit des affaires (Ohada). Laquelle tranche elle aussi en faveur d'Africard. Et lui attribue, le 6 décembre 2014, une compensation de 16 milliards de F CFA. Une somme assortie d'intérêts de 13 % par an, à compter du 15 avril 2013, et de 156 747 299 F CFA de frais de procédure…

C'est sur cette décision, qui ulcère aujourd'hui encore les hautes sphères nigériennes (et dont Niamey conteste d'ailleurs l'impartialité), que vont se fonder les justices française et américaine saisies par Africard pour récupérer son (immense) dû. Le 26 janvier 2015, le tribunal de grande instance de Paris valide le principe de saisie de biens de l'État du Niger en France. Le 16 septembre 2016, la cour de justice de Columbia, aux États-Unis, lui emboîte le pas et fait de même pour le territoire américain.

## Un obstacle pour l'exploitation de l'uranium

Débouté en appel à l'Ohada puis en France, le Niger fait aujourd'hui face aux menaces de saisie d'Africard. Cette dernière, qui n'a pas souhaité répondre à nos sollicitations, aurait même demandé à l'exploitant français d'uranium Areva de geler les avoirs nigériens qu'il détient. En clair, Africard espère empêcher Areva d'investir, au nom de l'État du Niger, dans des projets d'infra-structures et de développement sur le territoire nigérien…

> 🗨️ *Des vautours qui agissent comme des prédateurs sur des pays faibles*

Ce à quoi l'entreprise française s'était pourtant engagée en mai 2014, quand les cours de l'uranium l'empêchaient d'exploiter la mine géante d'Imouraren. Si Areva nous a confirmé avoir « été sollicité dans le cadre d'une procédure d'exécution initiée par la société Africard » et avoir « répondu aux obligations déclaratives qui lui sont imposées dans ce cadre », il ne nous en dira pas davantage.

Le gouvernement nigérien, lui, continue de se battre. À plusieurs reprises, les menaces de saisie (sur l'avion présidentiel en juillet dernier, ou sur les biens immobiliers de Paris et de New York en octobre) ont provoqué un branle-bas de combat à Niamey. Aucune n'a pour l'instant été suivie d'effet, et les négociations continuent afin de trouver un arrangement à l'amiable qui pourrait se chiffrer en millions d'euros. Côté nigérien, elles sont discrètement menées par le secrétaire général du gouvernement, Gandou Zakara.

« Je trouve totalement scandaleux que des gens qui n'ont pas produit un seul passeport puissent réclamer ces sommes faramineuses, tout simplement en jouant avec des avocats. Il s'agit de vautours qui agissent comme des prédateurs sur des pays faibles, s'indigne le ministre nigérien des Finances, Hassoumi Massaoudou. Je comprends que l'on puisse demander à être indemnisé par rapport à des frais qui auraient été engagés, mais là ils calculent par rapport au travail qu'ils auraient dû faire ! »

**Les précédents d'Africard**

Est-ce si étonnant ? Africard et Inkript, qui ne sont aujourd'hui plus liées, n'en sont pas à leur premier conflit avec un État africain. En 2011, le nom d'Africard a été cité dans un scandale en Centrafrique, d'où elle s'est depuis retirée : l'entreprise était alors accusée d'avoir produit des passeports diplomatiques octroyés dans des conditions jugées douteuses sous la présidence de François Bozizé.

En 2012, c'était au tour du patronat malien de déposer une plainte auprès de l'Autorité de régulation des marchés publics au sujet d'un contrat signé par l'État avec Inkript sous Amadou Toumani Touré. Ledit contrat portait sur la livraison de matériel électoral (isoloirs, urnes...) pour la présidentielle et aurait violé, selon l'Autorité de régulation, les règles de passation de marchés publics au Mali. Pourtant, en 2013, le gouvernement malien de transition avait choisi de ne pas résilier le contrat et accepté de signer un avenant portant sur 720 000 euros en faveur d'Inkript. Sagesse résignée ? « Mieux vaut un vautour dans la main que deux qui volent », dit le proverbe.

## Quand des sociétés privées veulent mettre des États à genoux

Le Niger n'est pas le seul pays africain à avoir eu maille à partir avec une entreprise privée. Le Congo-Brazzaville se débat dans l'affaire Commisimpex, du nom de la compagnie de travaux publics qui réclame à Brazzaville la somme de 1 milliard de dollars sous prétexte que l'État n'aurait pas payé des contrats passés entre 1983 et 1986. La justice française a récemment autorisé la saisie de biens congolais en France, et la bataille juridique se poursuit. Dans ce domaine, c'est toutefois la Guinée équatoriale qui a le plus d'expérience : condamné en 2014 par la Chambre de commerce internationale à verser 132 millions d'euros (plus les intérêts) à Orange pour régler un contentieux datant de 2011, Malabo a accepté, en octobre, de payer un peu moins de 150 millions d'euros après la saisie d'un avion de la compagnie nationale à Lyon le mois précédent. En juillet 2015 déjà, Teodoro Obiang Nguema Mbasogo avait été ulcéré d'apprendre la saisie d'un autre appareil, cette fois au bénéfice de la Commercial Bank, du Camerounais Yves-Michel Fotso, qui réclamait une créance de près de 70 millions d'euros. La justice française a finalement invalidé la procédure. Mais l'affaire, qui dure depuis bientôt quinze ans, n'est pas réglée pour autant.

**Mathieu Olivier**
Rédacteur en chef adjoint, chargé des investigations

Accueil / Société / Justice

JUSTICE · NIGER

# Niger: Old accounts don't make good friends

Or how a debt inherited from the Salou Djibo era, and whose legitimacy is contested by the current government, threatens to hit Niamey in the wallet.



Millaut venessequi berovidis ium dem fugia nis di sequam ressequia ipsaecto

By **Mathieu Olivier**

Published on December 27, 2016 · Updated on February 6, 2017 at 7:01 PM · Reading time: 6 minutes.

File generated on 22/01/2026 à 10:24

It's a bizarre affair, and those involved are hesitant to speak about it for fear of being overheard... A legal saga that is causing considerable irritation in Niamey. And with good reason: following a complaint filed by a company little known to the general public, called Africard, Niger risks having several of its assets seized in France and the United States. Among them are a charming villa nestled in the heart of La Celle-Saint-Cloud, in the Paris

region, and a building located in the center of New York City, which a former Nigerien minister estimates to be worth tens of millions of euros.

## The termination of an expensive contract

But what is the connection between Niamey, the judges of Columbia and Paris, and a company specializing in printing secure documents and manufacturing smart cards? To understand this, we must go back to the beginning of 2011. Niger was then in the midst of a transition. Mamadou Tandja, in power since 1999, had fallen, the Tazarché ("continuity," in Hausa) had failed, and Salou Djibo, the former commander of the Niamey armored company, was serving as interim president. On January 28, 2011, the government, acting on the decision of the Minister of the Interior, Ousmane Cissé, awarded a contract for the production of electronic passports to Africard, formerly linked to Inkript, itself owned by the Lebanese company Resource Group Holding (RGH).

The contract was worth 34.8 billion CFA francs (approximately 53 million euros at the time), excluding taxes. A hefty sum for a country in transition... So much so that a little over a year later, the new government led by Brigi Rafini, appointed Prime Minister by President Mahamadou Issoufou, elected in 2011, decided, after initially accepting it, to renege on the agreement following contact—and a heated exchange—with Africard. On March 24, 2012, Africard was informed by letter of the contract's termination. This marked the beginning of a battle that Niger had absolutely not anticipated—a "completely idiotic" legal battle, a member of the government remarked, visibly exasperated.

## Seizure of Nigerien state assets

Consider this: deeming the contract termination abusive, Africard first appealed to the highest Nigerien authorities, notably the State Court , which ruled in its favor on January 23, 2013. But the Ministry of the Interior remained inflexible. Africard then turned to the Common Court of Justice

and Arbitration (CCJA) of the Organization for the Harmonization of Business Law in Africa (OHADA). The CCJA also ruled in Africard's favor and awarded the company, on December 6, 2014, compensation of 16 billion CFA francs. This sum included interest at 13% per annum, starting from April 15, 2013, and 156,747,299 CFA francs in legal costs.

It is on this decision, which still infuriates the highest levels of Nigerien government (and whose impartiality Niamey contests), that the French and American courts, seized by Africard to recover its (immense) debt, will base their arguments. On January 26, 2015, the Paris High Court upheld the principle of seizing Nigerien state assets in France. On September 16, 2016, the Columbia Court of Justice in the United States followed suit and did the same for American territory.

## An obstacle to uranium mining

Having lost its appeals at OHADA and then in France, Niger now faces threats of asset seizure by Africard. Africard, which declined to comment, has reportedly even asked the French uranium mining company Areva to freeze its Nigerien assets. In short, Africard hopes to prevent Areva from investing, on behalf of the Nigerien state, in infrastructure and development projects within Niger.

> 🟥🟥 *Vultures that act as predators on weak countries*

This is what the French company had committed to in May 2014, when uranium prices prevented it from operating the giant Imouraren mine. While Areva confirmed to us that it had "been contacted as part of an enforcement procedure initiated by the company Africard" and had "met the reporting obligations imposed on it in this context," it would not elaborate further.

The Nigerien government, for its part, continues to fight back. On several occasions, threats of seizure (of the presidential plane last July, or of real

estate in Paris and New York in October) have triggered a flurry of activity in Niamey. None of these threats have yet been acted upon, and negotiations are continuing in an effort to reach an amicable settlement that could amount to millions of euros. On the Nigerien side, these negotiations are being conducted discreetly by the Secretary General of the Government, Gandou Zakara.

"I find it utterly scandalous that people who haven't produced a single passport can claim these exorbitant sums, simply by manipulating lawyers. These are vultures preying on weak countries," declared Niger's Finance Minister, Hassoumi Massaoudou. "I understand that one might seek compensation for expenses incurred, but here they are calculating based on the work they should have done!"

## Africard's precedents

Is it really so surprising? Africard and Inkript, which are no longer linked, are no strangers to conflict with African states. In 2011, Africard's name was mentioned in a scandal in the Central African Republic, from which it has since withdrawn: the company was accused of producing diplomatic passports issued under dubious circumstances during the presidency of François Bozizé.

In 2012, it was the turn of Malian business leaders to file a complaint with the Public Procurement Regulatory Authority regarding a contract signed by the state with Inkript under Amadou Toumani Touré. This contract concerned the delivery of electoral materials (voting booths, ballot boxes, etc.) for the presidential election and, according to the Regulatory Authority, violated Malian public procurement rules. Yet, in 2013, the Malian transitional government chose not to terminate the contract and agreed to sign an amendment worth €720,000 in favor of Inkript. Resigned wisdom? "Better a vulture in the hand than two flying ones," as the saying goes.

## When private companies want to bring states to their knees

Niger is not the only African country to have clashed with a private company. Congo-Brazzaville is embroiled in the Commisimpex affair, named after the public works company that is demanding $1 billion from Brazzaville, claiming that the state failed to pay for contracts signed between 1983 and 1986. French courts recently authorized the seizure of Congolese assets in France, and the legal battle continues. However , Equatorial Guinea has the most experience in this area: ordered in 2014 by the International Chamber of Commerce to pay €132 million (plus interest) to Orange to settle a dispute dating back to 2011, Malabo agreed in October to pay just under €150 million after the seizure of a national airline plane in Lyon the previous month. Back in July 2015, Teodoro Obiang Nguema Mbasogo was already outraged to learn of the seizure of another device, this time belonging to Commercial Bank, owned by Cameroonian businessman Yves-Michel Fotso, who was claiming a debt of nearly 70 million euros. The French courts ultimately invalidated the proceedings. But the case, which has dragged on for almost fifteen years, is far from over .

**Mathieu Olivier**
Deputy editor-in-chief, in charge of investigations

Welcome  /  Company  /  Justice