# Exhibit B

Standard N.Y.B.T.U. Form 8002—20M —Bargain and Sale Deed, with Covenants against Grantor's Acts—Individual or Corporation. (single sheet)

**CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT - THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY**

**THIS INDENTURE,** made the _29_ day of     June      , nineteen hundred and seventy-seven

**BETWEEN** JUDITH RIKLIS, residing at 985 Fifth Avenue, County, City and State of New York,

party of the first part, and THE REPUBLIC OF NIGER, with offices at 417 East 50th Street, County, City and State of New York,

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of ten dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of East 80th Street, distant 149 feet 9 inches easterly from the corner formed by the intersection of the said northerly side of east 80th Street and the easterly side of Fifth Avenue; running

THENCE northerly parallel with Fifth Avenue, 102 feet 2 inches to the centre line of the block;

THENCE easterly along said centre line of the block 25 feet 1-¼ inches;

THENCE southerly again parallel with Fifth Avenue and part of the way through a party wall 102 feet 2 inches to the northerly side of East 80th Street;

THENCE westerly along the northerly side of East 80th Street 25 feet 1-¼ inches to the point or place of Beginning.

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____          _____
                                              JUDITH RIKLIS

**STATE OF NEW YORK, COUNTY OF** NEW YORK **SS:**

On the _24th_ day of June 19 77, before me personally came JUDITH RIKLIS

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that she executed the same.

_____
Notary Public

RAYMOND S. HARRIS
Notary Public, State of New York
No. 30-6783900
Qualified in Nassau County
Certificate filed in New York County
Commission Expires March 30, 197(

**STATE OF NEW YORK, COUNTY OF** **SS:**

On the day of 19 , before me personally came

to me known, who, being by me duly sworn, did depose and say that he resides at No.

that he is the

of , the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed h name thereto by like order.

**STATE OF NEW YORK, COUNTY OF** **SS:**

On the day of 19 , before me personally came

to me known to be the individual described in and who executed the foregoing instrument, and acknowledged that executed the same.

REEL 404 PAGE 406

**STATE OF NEW YORK, COUNTY OF** **SS:**

On the day of 19 , before me personally came the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he resides at No.

that he knows

to be the individual described in and who executed the foregoing instrument; that he, said subscribing witness, was present and saw execute the same; and that he, said witness, at the same time subscribed h name as witness thereto.

# Bargain and Sale Deed
## WITH COVENANT AGAINST GRANTOR'S ACTS

TITLE NO. 77-Y-00368

JUDITH RIKLIS
TO
THE REPUBLIC OF NIGER

STANDARD FORM OF NEW YORK BOARD OF TITLE UNDERWRITERS

Distributed by

**CHICAGO TITLE
INSURANCE COMPANY**

SECTION 5

BLOCK 1492

LOT 7

COUNTY New York

Recorded at Request of
CHICAGO TITLE INSURANCE COMPANY

Return by Mail to

William Arnold, Esq.
Suite 2835 – One Rockefeller Plaza
New York, New York
Zip No. 10020

RP 2915

JUL 1 1977

ST 5446