# Exhibit C



**NYC** Department of Finance · Property Information Portal

Quick Links | Tax Map ▾ | Exemptions and Abatements ▾ | Valuation, Assessments and Taxes ▾ | User Guide | Map Tool | Text-Size

## Property Details

Find Another Property

Property Info | Building | Land | Assessments | Exemptions | Sales | Mortgages | Tax Map History | Neighborhood

Schedule Appointment | Update Property & Billing Info | Pay Online

Property Tax Account | Print | Request a Refund

**5 EAST 80 STREET - NEW YORK 10075**
Borough: Manhattan          Block: 1492          Lot: 7

### Assessment

Request for Review          Request AVHS

$35,128,000          $1,080,192
2025/26 Final Market Value     2025/26 Final Taxable Billable AV

### Assessed Value History

| FY | Building Class | Tax Class | Land Value | Improvement Value | Total Value | Change | Taxable Billable AV | Change |
|----|---------------|-----------|-----------|-------------------|-------------|--------|---------------------|--------|
| 2026 | A7 | 1 | $9,000,000 | $26,128,000 | $35,128,000 | 22.10% | $1,080,192 | 6.00% |
| 2025 | A7 | 1 | $9,000,000 | $19,770,000 | $28,770,000 | 5.96% | $1,019,050 | 6.00% |
| 2024 | A7 | 1 | $9,000,000 | $18,152,000 | $27,152,000 | 18.19% | $961,369 | 6.00% |
| 2023 | A7 | 1 | $9,000,000 | $13,973,000 | $22,973,000 | -6.94% | $906,953 | 0.00% |
| 2022 | A7 | 1 | $9,000,000 | $15,686,000 | $24,686,000 | -12.20% | $906,953 | 0.75% |
| 2021 | A7 | 1 | $9,000,000 | $19,116,000 | $28,116,000 | 16.14% | $900,160 | 6.00% |
| 2020 | A7 | 1 | $9,000,000 | $15,208,000 | $24,208,000 | -25.27% | $849,208 | 6.00% |
| 2019 | A7 | 1 | $9,000,000 | $23,393,000 | $32,393,000 | -12.78% | $801,141 | 6.00% |
| 2018 | A7 | 1 | $9,000,000 | $28,139,000 | $37,139,000 | 25.08% | $755,794 | 0.00% |
| 2017 | A7 | 1 | $9,000,000 | $20,693,000 | $29,693,000 | 35.00% | $755,794 | 0.75% |
| 2016 | A7 | 1 | $10,000,000 | $11,995,000 | $21,995,000 | -15.00% | $750,134 | 6.00% |
| 2015 | A7 | 1 | $10,000,000 | $15,877,000 | $25,877,000 | -0.47% | $707,674 | 6.00% |
| 2014 | A7 | 1 | $10,000,000 | $15,999,000 | $25,999,000 | 0.76% | $667,618 | 6.00% |