# Exhibit D

# Printable page

## 5 EAST 80 STREET

Borough: MANHATTAN
Block: 1492 Lot: 7

## Payments

| Payment Credited Date | Payment Activity Date | Payment # | Amount |
|---|---|---|---|
| 10/30/2024 | 10/30/2024 | 157300183 | -5,021.43 |
| 08/19/2024 | 08/19/2024 | 156298635 | -1,498.74 |
| | | 2025 Total: | -6,520.17 |
| 08/19/2024 | 08/19/2024 | 156298635 | -221,047.73 |
| | | 2024 Total: | -221,047.73 |
| 08/19/2024 | 08/19/2024 | 156298635 | -5,239.58 |
| 08/13/2024 | 08/13/2024 | 156274222 | -199,997.53 |
| 07/01/2024 | 07/01/2024 | 155949429 | -36,337.26 |
| | | 2023 Total: | -241,574.37 |
| 08/13/2024 | 08/13/2024 | 156274222 | -2.47 |
| 07/01/2024 | 07/01/2024 | 155949429 | -88,662.74 |
| 01/21/2022 | 01/28/2022 | 143793318 | -126,236.89 |
| | | 2022 Total: | -214,902.10 |
| 01/21/2022 | 01/28/2022 | 143793318 | -233,331.71 |
| | | 2021 Total: | -233,331.71 |
| 01/21/2022 | 01/28/2022 | 143793318 | -138,472.40 |
| 01/04/2022 | 01/11/2022 | 143716178 | -70,702.60 |
| | | 2020 Total: | -209,175.00 |

## Payment Details

| Payment Credited Date | Payment Activity Date | Payment # | Charge Type | Payment Type | Account ID | Year | Period | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/30/2024 | 10/30/2024 | 157300183 | TAX | STD | | 2025 | 1 | -5,021.43 |
| 08/19/2024 | 08/19/2024 | 156298635 | TAX | STD | | 2025 | 1 | -1,498.74 |
| 08/19/2024 | 08/19/2024 | 156298635 | TAX | STD | | 2024 | 3 | -105,117.64 |
| 08/19/2024 | 08/19/2024 | 156298635 | TAX | STD | | 2024 | 1 | -115,930.09 |
| 08/19/2024 | 08/19/2024 | 156298635 | TAX | STD | | 2023 | 3 | -5,239.58 |
| 08/13/2024 | 08/13/2024 | 156274222 | TAX | STD | | 2023 | 3 | -113,690.72 |
| 08/13/2024 | 08/13/2024 | 156274222 | TAX | STD | | 2023 | 1 | -86,306.81 |
| 08/13/2024 | 08/13/2024 | 156274222 | TAX | STD | | 2022 | 3 | -2.47 |
| 07/01/2024 | 07/01/2024 | 155949429 | TAX | STD | | 2023 | 1 | -36,337.26 |
| 07/01/2024 | 07/01/2024 | 155949429 | TAX | STD | | 2022 | 3 | -88,662.74 |
| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | | 2022 | 3 | -23,611.95 |
| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | | 2022 | 1 | -102,624.94 |

| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | 2021 | 3 | -110,702.91 |
| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | 2021 | 1 | -122,628.80 |
| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | 2020 | 3 | -128,031.06 |
| 01/21/2022 | 01/28/2022 | 143793318 | TAX | STD | 2020 | 1 | -10,441.34 |
| 01/04/2022 | 01/11/2022 | 143716178 | TAX | STD | 2020 | 1 | -70,702.60 |
| Total: | | | | | | | -1,126,551.08 |