# Exhibit E

Standard N.Y.B.T.U. Form 8028* 4-61-80M -- Satisfaction of Mortgage -- Individual or Corporation.

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT ·
THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

## KNOW ALL MEN BY THESE PRESENTS,

that CHEMICAL BANK, a New York banking corporation having an office
277 Park Avenue, New York, New York 10172

*Insert residence, if individual, or principal residence, if corporation, giving street and street number*

DOES HEREBY CERTIFY that the following Mortgage    IS PAID, and
does hereby consent that the same be discharged of record.

Mortgage dated the 12th day of September, 1977, made by The Republic of
Niger by its Ambassador, Jean Poisson, residing at No. 5 East 80th Street,
New York, New York

to CHEMICAL BANK

in the principal sum of $250,000.00 and recorded on the 13th day of September,
1977, in Reel 411 of Section     of Mortgages, page 91 in the office of the City
Register of the County of New York, New York

*Insert "further" when required*

which mortgage        has not been        assigned of record.

Dated as of June 26, 1978.

*IN PRESENCE OF:*

CHEMICAL BANK

By: _____
Vice President

Section 321 of the Real Property Law expressly provides who must execute the certificate of discharge in specific cases and also provides, among other things, that (1) no certificate shall purport to discharge more than one mortgage, (except that mortgages affected by instruments of consolidation spreader, modification or correction may be included in one certificate if the instruments are set forth in detail in separate paragraphs) (2) if the mortgage has been assigned, in whole or in part, the certificate shall set forth; (a) the date of each assignment in the chain of title of the person or persons signing the certificate, (b) the names of the assignor and assignee, (c) the interest assigned, and (d) if the assignment has been recorded, the book and page where it has been recorded or the serial number of such record, or (e) if the assignment is being recorded simultaneously with the certificate of discharge, the certificate of discharge shall so state, and (f) if the mortgage has not been assigned of record, the certificate shall so state; (3) if the mortgage is held by any fiduciary, including an executor or administrator, the certificate of discharge shall recite the name of the court and the venue of the proceedings in which his appointment was made or in which the order or decree vesting him with such title or authority was entered.

(RB/DO/NEWDOCS/ARS)

STATE OF NEW YORK, COUNTY OF     ss:

On the   day of   , 19 , before me personally came

to me known to be the individual   described in and who executed the foregoing instrument, and acknowledged that  he executed the same.

STATE OF NEW YORK, COUNTY OF     ss:

On the   day of   , 19 , before me personally came

to me known to be the individual   decribed in and who executed the foregoing instrument, and acknowledged that  he executed the same.

STATE OF NEW YORK, COUNTY OF NEW YORK     ss:

On the 2U day of December, 1989, before me personally came Peter B. Eldridge, to me known, who, being by me duly sworn, did depose and say that he resides at No. 447 Cheese Spring Road, New Canaan, Connecticut, that he is a Vice President of CHEMICAL BANK the corporation described in and which executed the foregoing instrument; that he knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the board of directors of said corporation, and that he signed his name thereto by like order.

_Notary Public_

CLARICE H. KIRSCH
Notary Public, State of New York
No. 24-4508829
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Sept 30, 1991

STATE OF NEW YORK, COUNTY OF     ss:

On the   day of   , 19 , before me personally came

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that  he resides at No.

that  he knows

to be the individual described in and who executed the foregoing instrument; that  he, said subscribing witness, was present and saw execute the same; and that  he, said witness, at the same time subscribed h  name as witness thereto.

LOC. VER.
BY ADDRESS

SECTION

BLOCK - 1492

LOT - 7

COUNTY OR TOWN - New York

PREMISES: 5 East 80th Street
       New York, New York

_Satisfaction of Mortgage_

Title No. M1004416

CHEMICAL BANK

TO

REPUBLIC OF NIGER

Security Title and Guaranty Company
300 East 40th Street
New York, N. Y. 10016

Recorded At Request of Title Guarantee Company

_RETURN BY MAIL TO:_

LOWENTHAL, LANDAU, FISHER
& ZIEGLER, P.C.
250 Park Avenue
New York, New York 10177
Att: JEFFREY A. MOERDLER, ESQ.

RESERVE SPACE BELOW FOR USE OF RECORDING OFFICE     (RE/DO/NEWDOOR/ARB)

SECURITY TITLE AND GUARANTY, CO
300 EAST 40th STREET
NEW YORK, N. Y. 10016   IN NEW YORK COUNTY

NUMBER

00183     1990 JAN 18 PM 12: 04

REGISTER