# Exhibit F


RECOMMENDED

 Vengeful mom on a Carnival Cruise attacked teen she...

 Tesla Model 3 sedans face federal investigation over...

 Long Island strip club ran as a 'thinly disguised brothel' wit...

 Husband charged with repeatedly drugging, raping wife over 13...

 Billionaires are plotting to flee California if huge wealth tax passes

**METRO**

# As Niger starves, its government keeps $25M NYC pad

By David Seifman

Published Jan. 30, 2011, 5:00 a.m. ET



OUTRAGE: Niger citizens have nothing, but its rulers see fit to hold this pricey piece of Manhattan real estate.


RECOMMENDED

 Vengeful mom on a Carnival Cruise attacked teen she…

 Tesla Model 3 sedans face federal investigation over…

 Long Island strip club ran as a 'thinly disguised brothel' wit…

 Husband charged with repeatedly drugging, raping wife over 13…

 Billionaires are plotting to flee California if huge wealth tax passes



OUTRAGE: Niger citizens have nothing, but its rulers see fit to hold this pricey piece of Manhattan real estate.

It's practically the poorest country on earth, but Niger is rich in Manhattan real estate.

Impoverished citizens of the Republic of Niger own a multimillion-dollar Manhattan property just steps from Central Park on one of the city's most sought-after streets.

Niger diplomats snapped up the luxurious, landmarked Manhattan town house at 5 E. 80th St. for $600,000 in the summer of 1977, city records show.

The posh property is now worth a cool $25 million — one of the priciest single-family homes in the city.

Niger officials paid off the mortgage more than a decade ago, documents show. They've turned a tidy profit over the years by renting the tony town house to deep-pocketed tenants like Imelda Marcos, the shoe-loving former first lady of the Philippines. She lived there in the 1990s.

**AD**



Ad removed.
Show details

In 2003, uber-wealthy German real-estate developer Aby Rosen signed a long-term lease for the building, city records show.



In 2003, uber-wealthy German real-estate developer Aby Rosen signed a long-term lease for the building, city records show.



SEPHORA

20% OFF‡

Full-Size Fragrances and Body Mists

PHLUR
VANILLA SKIN
EAU DE PARFUM

ENDS 12/24
‡Exclusions/terms apply.

ADVERTISEMENT

The ornate building is one of several along Fifth Avenue that were landmarked as part of the Metropolitan Museum Historical District in 1978. It's a block from Mayor Bloomberg's East 79th Street mansion, but the Niger diplomats managing the building aren't exactly good neighbors.

Finance Department spokesman Owen Stone said property taxes haven't been paid since June 2009 and the city is now owed $243,099.58.

Call's to Niger's UN mission in Midtown weren't returned.

Back in Niger, people are unlikely to realize the rewards of their residential riches. The average income is $1 a day in the Western African nation. Some 11 million people struggle with plagues, droughts and poor infrastructure. Famine hit the country hard in 2005, and as many as 800,000 children under age five suffered severe malnutrition, according to the UN.

*gotis@nypost.com*

**READ NEXT** ▶ Egypt protest outside U.N.