# Exhibit G

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2003021200592001001EC8C8

## RECORDING AND ENDORSEMENT COVER PAGE PAGE 1 OF 7

| | | |
|---|---|---|
| **Document ID:** 2003021200592001 | Document Date: 08-28-2002 | Preparation Date: 02-12-2003 |

Document Type: MEMORANDUM OF LEASE
Document Page Count: 6

| PRESENTER: | RETURN TO: |
|---|---|
| SUPER SEARCH, INC. | RANDOLPH AMENGAUL |
| 630 THIRD AVENUE, 5TH FLOOR | ESANU KATSKY KORINS& SIGER |
| NEW YORK, NY 10017 | 605 THIRD AVENUE |
| 212-490-2277 | NEW YORK, NY 10158 |
| File No.: | |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| MANHATTAN | 1492 | 7 | Entire Lot | | 5 EAST 80 STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN _____ *or* Document ID _____ *or* Year ____ Reel ____ Page ____ *or* File Number ____

### PARTIES

| LESSOR: | LESSEE: |
|---|---|
| REPUBLIC OF NIGER | 5. E 80TH STEET LLC |
| 417 EAST 50TH STREET | 400 PARK AVENUE |
| NEW YORK, NY 10022 | NEW YORK, NY 10022 |

### FEES AND TAXES

| Mortgage | | | Recording Fee: $ | 67.00 |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | Affidavit Fee: $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax Filing Fee: | |
| Exemption: | | | $ | 25.00 |
| TAXES: | | | NYS Real Estate Transfer Tax: | |
| County (Basic): | $ | 0.00 | $ | 0.00 |
| City (Additional): | $ | 0.00 | | |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed 02-18-2003 14:10
City Register File No.(CRFN):
2003000020326



*City Register Official Signature*

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Esanu Katsky Korins & Siger
605 Third Avenue
New York, New York 10158
Attention: Randolph Amengual, Esq.

_____

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

**REPUBLIC OF THE NIGER**

**AND**

**5 E. 80TH ST. LLC**

**MEMORANDUM OF LEASE**

| | |
|---|---|
| Property: | 5 East 80th Street |
| | New York, New York |
| County: | New York |
| Block: | 1492 |
| Lot: | 7 |

211122.1

## MEMORANDUM OF LEASE

THIS MEMORANDUM OF LEASE, dated as of the 28th day of August, 2002, between REPUBLIC OF THE NIGER, having an address at 417 East 50th Street, New York, New York 10022 ("Landlord") and 5 E. 80th ST. LLC, a Delaware limited liability company, having an address c/o RFR Holding LLC, 400 Park Avenue, New York, New York 10022 ("Tenant").

1. Pursuant to a Lease, dated as of the date hereof (the "**Lease**") between Landlord and Tenant, Landlord has leased to Tenant the entire premises located at 5 East 80th Street, New York, New York (the "**Building**") that is located on the land described on Exhibit "A" attached hereto and made a part hereof (such plot of land being referred to herein as the "**Real Property**").

2. The term (the "**Term**") of the Lease commences on September 1, 2002 and expires on August 30, 2002. Tenant has the option to renew the Term of the Lease for two (2) consecutive five (5) year renewal terms upon prior written notice given to Landlord on or before the date which is one hundred eighty (180) days prior to the expiration date of the original Term or the first renewal term, as the case may be.

3. If at any time during the Term of the Lease (including any renewal term), Landlord shall desire to sell the Premises, Landlord shall give written notice thereof to Tenant, and in the event that Tenant desires to purchase the Premises, Landlord and Tenant agree to negotiate in good faith to come to mutually agreeable terms for such purchase for a period of thirty (30) days following Landlord's notice of its intent to sell the Premises. In the event that Landlord and Tenant are unable, despite their good faith efforts, to come to mutually agreeable terms for such purchase, Landlord shall be free to negotiate with third parties for the sale of the Premises. However, once Landlord has entered into a written contract of sale for the Premises on an arms length basis with an unrelated third party, Landlord shall be required to deliver a copy of such contract of sale to Tenant, and Tenant shall have the right, exercisable within ten (10) days of Tenant's receipt thereof, to elect to purchase the Premises upon the terms and conditions set forth in such contract of sale. Any contract of sale entered into by Landlord for the sale of the Premises shall be specifically subject to Tenant's foregoing right of first refusal.

4. The undersigned hereby executes this Memorandum of Lease for recording in the real estate records of the county in which the Real Property is located, incorporating by reference all of the terms and conditions of the Lease.

5. Notwithstanding the foregoing, nothing contained or set forth in this Memorandum of Lease shall modify the Lease or be deemed to create or grant any rights, liabilities or obligations of or to any party or third parties other than as specifically set forth in the Lease. In the event of any conflict between this Memorandum of Lease and the Lease, the terms and conditions of the Lease shall control.

211122.1

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Memorandum of Lease on the day and year first above written.

REPUBLIC OF THE NIGER, Landlord

By:_____

    Name: Modar; Ousmane

    Title:

5 E. 80th ST. LLC, Tenant

By:_____

    Name: Aby Rosen

    Title:

STATE OF New York )
                    )ss.:

COUNTY OF New York )

On the 28th day of August, 2002, before me, the undersigned, a Notary Public in and for said State, personally appeared Moutari Ousmane, the Ambassador to the United Nations for the Republic of the Niger, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

CHRISTINE ENGLAND BECKNEL
Notary Public, State of New York
No. 24-4887583
Qualified in Bronx County
Commission Expires March 23, 2003

STATE OF NY )
                    )ss.:

COUNTY OF NY )

On the 28th day of August, 2002, before me, the undersigned, a Notary Public in and for said State, personally appeared Aby Rosen, the managing member of 5 E. 80th St. LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

ANN TYSON
NOTARY PUBLIC, State of New York
No. 31-4654440
Qualified in New York County
Commission Expires July 31, 2003

211122.1

EXHIBIT A

The Real Property

[FOLLOWS THIS PAGE]

211122.1

## EXHIBIT A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of East 80th Street, distant 149 feet 9 inches easterly from the corner formed by the intersection of the said northerly side of East 80th Street and the easterly side of Fifth Avenue; running

THENCE northerly parallel with Fifth Avenue, 102 feet 2 inches to the centre line of the block;

THENCE easterly along said centre line of the block 25 feet 1-1/4 inches;

THENCE southerly again parallel with Fifth Avenue and part of the way through a party wall 102 feet 2 inches to the northerly side of East 80th Street;

THENCE westerly along the northerly side of East 80th Street 25 feet 1-1/4 inches to the point or place of Beginning.

211360.1