# Exhibit H

An official website of New York State.
Here's how you know ⌄



# Department of State
## Division of Corporations

## Entity Information

Return to Results   Return to Search

### Entity Details ⌃

**ENTITY NAME:** 5 E. 80TH ST. LLC

**DOS ID:** 5151784

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** FOREIGN LIMITED LIABILITY COMPANY

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 802 LLC - LIMITED LIABILITY COMPANY LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 06/09/2017

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 06/09/2017

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:** 08/27/2002

**STATEMENT STATUS:** CURRENT

**COUNTY:** NEW YORK

**NEXT STATEMENT DUE DATE:** 06/30/2027

**JURISDICTION:** DELAWARE, UNITED STATES

**NFP CATEGORY:**

| < | ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY |
|---|---|---|---|---|---|

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE LLC

**Address:** C/O RFR HOLDING LLC, 375 PARK AVENUE, 10TH FLOOR, NEW YORK, NY, UNITED STATES, 10152

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

#### Chief Executive Officer's Name and Address

**Name:**

**Address:**

#### Principal Executive Office Address

**Address:**

#### Registered Agent Name and Address

**Name:**  RFR HOLDING LLC

**Address:**  375 PARK AVENUE, 10TH FLOOR, NEW YORK, NY, 10152

## Entity Primary Location Name and Address

**Name:**

**Address:**

## Farmcorpflag

**Is The Entity A Farm Corporation:**  NO

## Stock Information

| Share Value | Number Of Shares | Value Per Share |
| --- | --- | --- |

