# Exhibit I


(http://rfr.com/home/)

About (https://rfr.com/about-rfr/rfr-profile/)

Portfolio (https://rfr.com/properties/property-type/office/)

Availabilities (http://rfrspace.com)

Contact (https://rfr.com/contact-us/)

Profile (https://rfr.com/profile/)

History (https://rfr.com/about-rfr/history/)

Executive Team (https://rfr.com/about-rfr/executive-team/)

Art + Real Estate (https://rfr.com/about-rfr/art-real-estate/)

Core Strategy (https://rfr.com/about-rfr/core-strategy/)

RFR Realty (https://rfr.com/rfr-realty-2/)

Monograph (https://rfr.com/monograph/)

RFR Profile (https://rfr.com/about-rfr/rfr-profile/)

# RFR Profile

RFR Holding LLC is a Manhattan based, privately controlled real estate investment, development and management company founded in 1991 by Aby Rosen and Michael Fuchs.

The two partners took their childhood friendship and family backgrounds in real estate to thrive in the world's most competitive real estate marketplace – New York City. Today the firm is known for owning and managing some of Manhattan's most prestigious signature office properties, including 375 Park Avenue (The Seagram Building) and 17 State Street.

RFR has built a world-class portfolio of commercial and residential real estate, including many of New York's signature office towers, ultra-luxury condominiums, hotels and high-end retail developments. The company's unique combination of European sophistication and American ingenuity has brought the firm to the forefront of the real estate industry. The RFR team expertise leads the industry in operating, developing, leasing and managing world-class properties.

RFR's diverse portfolio constitutes commercial assets, complemented by significant holdings and investments in residential, hotel and retail real estate. Mr. Rosen and Mr. Fuchs, and their team of highly respected and experienced real estate professionals, have a knack for anticipating strong markets when examining leasing and marketing trends. Such talent has made RFR a quality owner and market leader with a proven track record of adding significant value to acquired properties.





RFRspace.com (https://rfrspace.com/)

RFR Hotel Group (https://rfr.com/about-rfr/rfr-hotel-group/)

RFR Art + Real Estate (https://rfr.com/about-rfr/art-real-estate/)

RFR Stamford (http://www.rfrstamford.com/)

Classic Marketing (https://classicmarketingllc.com/)

RFR Germany (http://www.rfr-holding.com/)

© 2025 RFR Realty LLC

Follow Us @rfrrealty (https://www.instagram.com/rfrrealty)