# Exhibit J

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2012082100458001001ED9C0

## RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 14

**Document ID:** 2012082100458001  Document Date: 04-16-2012  Preparation Date: 08-21-2012
Document Type: MEMORANDUM OF LEASE
Document Page Count: 13

| PRESENTER: | RETURN TO: |
|---|---|
| KATSKY KORINS LLP | KATSKY KORINS LLP |
| 605 THIRD AVENUE, 16TH FLOOR | 605 THIRD AVENUE, 16TH FLOOR |
| ATTN: ANGELA STROBE | ATTN: ANGELA STROBE |
| NEW YORK, NY 10158 | NEW YORK, NY 10158 |
| 212-716-3229 | 212-716-3229 |
| astrobe@katskykorins.com | astrobe@katskykorins.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1492 | 7 | Entire Lot | 5 EAST 80TH STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year\_\_\_\_ Reel \_\_\_ Page \_\_\_\_ *or* File Number_____

### PARTIES

| LESSOR: | LESSEE: |
|---|---|
| REPUBLIC OF THE NIGER | 5 E. 80TH ST. LLC |
| 417 EAST 50TH STREET | C/O RFR HOLDING LLC, 390 PARK AVENUE |
| NEW YORK, NY 10022 | NEW YORK, NY 10022 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 100.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 102.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed   09-14-2012 13:53
City Register File No.(CRFN):
**2012000365711**

*City Register Official Signature*

# FIRST AMENDMENT TO AMENDED AND RESTATED
## MEMORANDUM OF LEASE

**THIS FIRST AMENDMENT TO AMENDED AND RESTATED MEMORANDUM OF LEASE** (this "First Amendment"), dated as of the _16th_ day of _April_, 2012, between REPUBLIC OF THE NIGER, having an address at 417 East 50th Street, New York, New York 10022 ("Landlord") and 5 E. 80th ST. LLC, a Delaware limited liability company, having an address c/o RFR Holding LLC, 390 Park Avenue, New York, New York 10022 ("Tenant").

1. Pursuant to a Lease, dated as of August 28, 2002, as amended by First Amendment of Lease, dated as of November ___, 2002 and by Second Amendment of Lease and Agreement, dated as of September 22, 2006 (as so amended, the "**Lease**") between Landlord and Tenant, Landlord has leased to Tenant the entire building located at 5 East 80th Street, New York, New York that is located on the land described on Exhibit "A" attached hereto and made a part hereof.

2. The parties have heretofore executed a Memorandum of Lease dated as of August 28, 2002 (the "Memorandum of Lease"), which was recorded on February 18, 2003 in the Office of the City Register of the City of New York ("City Register's Office"), having a Document ID of 2003021200592001 and a City Register File No. of 2003000020326. The parties have heretofore executed an Amended and Restated Memorandum of Lease dated as of September 22, 2006 with respect to the Lease (the "A&R Memo of Lease"), which was intended to supersede the Memorandum of Lease, a copy of which is annexed hereto as Exhibit B.

3. The parties hereby execute this First Amendment, which may also be recorded by Tenant in the City Register's Office, to give notice that the parties have executed and delivered a Third Amendment of Lease and Agreement of even date herewith (the Lease, as amended by such Third Amendment of Lease and Agreement, being called the "Amended Lease" in this First Amendment).

4. Nothing contained or set forth in this First Amendment shall modify the Amended Lease or be deemed to create or grant any rights, liabilities or obligations of or to any party or third parties other than as specifically set forth in the Amended Lease. In the event of any conflict between this First Amendment or the A&R Memo of Lease and the Amended Lease, the terms and conditions of the Amended Lease shall control.

[Remainder of Page Intentionally Left Blank]

1

405234-1-W

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this First Amendment as of the day and year first above written.

REPUBLIC OF THE NIGER, Landlord

By:_____
     Name: Boubacar Boureima
     Title:  Ambassador, Permanent
            Representative of the Permanent Mission of Niger to the United Nations

5 E. 80th ST, LLC, Tenant

By:_____
     Name: Aby Rosen
     Title: Managing Member

2

405234-1-W

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

On the _10th_ day of _April_ , 2012, before me, the undersigned, a Notary Public in and for said State, personally appeared Boubacar Boureima, Ambassador, Permanent Representative of the Permanent Mission of Niger to the United Nations, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

**SEAL**

LOWELL D. WILLINGER
Notary Public, State of New York
No. 02WI9689615
Qualified in New York County
Commission Expires Feb. 28, 20~~
Aug 4, 2015

STATE OF NEW YORK )
)ss.:
COUNTY OF NEW YORK )

On the _27th_ day of March, 2012, before me, the undersigned, a Notary Public in and for said State, personally appeared Aby Rosen, the managing member of 5 E. 80th St. LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

**SEAL**

BETHEL M. CASTILLO-SANTOS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CA6086710
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JAN. 27, 20 15

3

EXHIBIT A

The Real Property

[FOLLOWS THIS PAGE]

4

## EXHIBIT A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of East 80th Street, distant 149 feet 9 inches easterly from the corner formed by the intersection of the said northerly side of East 80th Street and the easterly side of Fifth Avenue; running

THENCE northerly parallel with Fifth Avenue, 102 feet 2 inches to the centre line of the block;

THENCE easterly along said centre line of the block 25 feet 1-1/4 inches;

THENCE southerly again parallel with Fifth Avenue and part of the way through a party wall 102 feet 2 inches to the northerly side of East 80th Street;

THENCE westerly along the northerly side of East 80th Street 25 feet 1-1/4 inches to the point or place of Beginning.

211360.1

EXHIBIT B

The A&R Memo of Lease

[FOLLOWS THIS PAGE]

# AMENDED AND RESTATED
## MEMORANDUM OF LEASE

**THIS AMENDED AND RESTATED MEMORANDUM OF LEASE**, dated as of the 22nd day of September, 2006, between REPUBLIC OF THE NIGER, having an address at 417 East 50th Street, New York, New York 10022 ("Landlord") and 5 E. 80th ST. LLC, a Delaware limited liability company, having an address c/o RFR Holding LLC, 390 Park Avenue, New York, New York 10022 ("Tenant").

1. Pursuant to a Lease, dated as of August 28, 2002, as amended by First Amendment of Lease, dated as of November ___, 2002 and by Second Amendment of Lease and Agreement, dated as of the date hereof (as so amended, the "Lease") between Landlord and Tenant, Landlord has leased to Tenant the entire premises located at 5 East 80th Street, New York, New York (the "Building") that is located on the land described on Exhibit "A" attached hereto and made a part hereof (such plot of land being referred to herein as the "Real Property").

2. The term (the "Term") of the Lease commenced on September 1, 2002 and expires on August 31, 2012. Tenant has the option to renew the Term of the Lease for four (4) consecutive five (5) year renewal terms upon prior written notice given to Landlord on or before the date which is one hundred eighty (180) days prior to the then expiration date of the original Term or the then applicable renewal term, as the case may be, so that the term of the Lease shall expire, in all events, no later than August 31, 2032.

3. If at any time during the Term of the Lease (including any renewal term), Landlord shall desire to sell the Premises, and provided that at the time Landlord desires to sell, there does not then exist an uncured default by Tenant under the Lease for which the applicable cure period has expired, Landlord shall give written notice thereof to Tenant, and in the event that Tenant desires to purchase the Premises, Landlord and Tenant agree to negotiate in good faith to come to mutually agreeable terms for such purchase for a period of twenty (20) days following Landlord's notice of its intent to sell the Premises. In the event that Landlord and Tenant are unable, despite their good faith efforts, to come to mutually agreeable terms for such purchase, Landlord shall be free to negotiate with third parties for the sale of the Premises. However, once Landlord has entered into a written contract of sale for the Premises on an arms length basis with an unrelated third party, Landlord shall be required to deliver a copy of such contract of sale to Tenant, and Tenant shall have the right, exercisable within ten (10) days of Tenant's receipt thereof, to elect to purchase the Premises upon the terms and conditions set forth in such contract of sale. Any contract of sale

1

entered into by Landlord for the sale of the Premises shall be specifically subject to Tenant's foregoing right of first refusal.

4. The undersigned hereby executes this Amended and Restated Memorandum of Lease for recording in the real estate records of the county in which the Real Property is located, incorporating by reference all of the terms and conditions of the Lease.

5. Notwithstanding the foregoing, nothing contained or set forth in this Amended and Restated Memorandum of Lease shall modify the Lease or be deemed to create or grant any rights, liabilities or obligations of or to any party or third parties other than as specifically set forth in the Lease. In the event of any conflict between this Amended and Restated Memorandum of Lease and the Lease, the terms and conditions of the Lease shall control.

6. This Amended and Restated Memorandum of Lease is intended to supersede that certain Memorandum of Lease between Landlord and Tenant, dated as of August 28, 2002, which was recorded on February 18, 2003 in the Office of the City Register of the City of New York, having a Document ID of 2003021200592001, and a City Register File No. of 2003000020326.

IN WITNESS WHEREOF, the undersigned have duly executed and delivered this Amended and Restated Memorandum of Lease on the day and year first above written.

REPUBLIC OF THE NIGER, Landlord

By: _____

Name: Abani A. Ibrahim
Title: Ambassador, Permanent Representative of the Permanent Mission of Niger to the United Nations

5 E. 80th ST. LLC, Tenant

By: _____

Name: Aby Rosen
Title: Managing Member

2

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

On the 22nd day of September, 2006, before me, the undersigned, a Notary Public in and for said State, personally appeared Abani A. Ibrahim, Ambassador, Permanent Representative of the Permanent Mission of Niger to the United Nations, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

SEAL

LOWELL D. WILLINGER
Notary Public, State of New York
No. 02WI9689615
Qualified in New York County
Commission Expires Feb. 28, 2007

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK )

On the 12th day of September, 2006, before me, the undersigned, a Notary Public in and for said State, personally appeared Aby Rosen, the Managing Member of 5 E. 80th St. LLC, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

SEAL

ANGELA L. STROBE
Notary Public, State of New York
No. 01ST6080923
Qualified in New York County
·ssion Expires Sept. 23, 2006

3

288850-2-W

EXHIBIT A

The Real Property

[FOLLOWS THIS PAGE]



4

288850-2-W

## EXHIBIT A

All that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

BEGINNING at a point on the northerly side of East 80th Street, distant 149 feet 9 inches easterly from the corner formed by the intersection of the said northerly side of East 80th Street and the easterly side of Fifth Avenue; running

THENCE northerly parallel with Fifth Avenue, 102 feet 2 inches to the centre line of the block;

THENCE easterly along said centre line of the block 25 feet 1-1/4 inches;

THENCE southerly again parallel with Fifth Avenue and part of the way through a party wall 102 feet 2 inches to the northerly side of East 80th Street;

THENCE westerly along the northerly side of East 80th Street 25 feet 1-1/4 inches to the point or place of Beginning.

211360.1

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Katsky Korins LLP
605 Third Avenue
New York, New York 10158
Attention: Randolph Amengual, Esq.


(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)


**REPUBLIC OF THE NIGER**


AND


**5 E. 80TH ST. LLC**


**AMENDED AND RESTATED MEMORANDUM OF LEASE**


Property:        5 East 80th Street
                 New York, New York

                 County: New York
                 Block: 1492
                 Lot:    7


5

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Katsky Korins LLP
605 Third Avenue, 16th Floor
New York, New York 10158
Attention: Randolph Amengual, Esq.

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

**REPUBLIC OF THE NIGER**

AND

**5 E. 80TH ST. LLC**

**FIRST AMENDMENT TO AMENDED AND RESTATED MEMORANDUM OF LEASE**

Property: 5 East 80th Street
New York, New York

County: New York
Block: 1492
Lot: 7

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:

Esanu Katsky Korins & Siger
605 Third Avenue
New York, New York 10158
Attention: Randolph Amengual, Esq.

(SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY)

# REPUBLIC OF THE NIGER

## AND

## 5 E. 80TH ST. LLC

## MEMORANDUM OF LEASE

| | |
|---|---|
| Property: | 5 East 80th Street<br>New York, New York |
| County: | New York |
| Block: | 1492 |
| Lot: | 7 |

211122.1