**>GluckBluestone**

Gluck Bluestone, P.C.

52 Duane Street, 7th Floor
New York, NY 10007
-and-
1717 K Street NW, Suite 900
Washington, D.C. 20006

M. Zachary Bluestone
t 646.970.7712
zbluestone@gluckbluestone.com

February 6, 2026

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 24-B
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

Re:   **Service of Moving Papers and Order [ECF No. 008] -** *Menzies Middle East and Africa Sa v. Republic of Niger;* **Case 1:25-mc-332-JMF**

Dear Judge Furman,

This firm represents Judgment Creditor Menzies Middle East and Africa SA ("MMEA") in this action. Yesterday, February 5, 2026, the Court ordered MMEA to serve its motion for temporary restraining order and related documents (the "service packet") on Judgment Debtor at various domestic and international addresses by February 6, 2026. D.E. 8.

Consistent with the Court's order, MMEA arranged for overnight delivery via FedEx on (i) Clémence Aïssatou Baré, Ambassador of the Republic of Niger to the United States, in Washington, D.C.; and (ii) Yaou Sangaré Bakary, Permanent Representative of the Republic of Niger to the United Nations, in New York. MMEA's service packet is expected to be delivered to Mr. Aïssatou and Mr. Sangaré tomorrow, Saturday, February 7, 2026. On February 6, 2026, the service packet was also sent via e-mail to the Embassy of Niger to the United States (communication@embassyofniger-usa.org), read receipt requested, which is the email found on the Embassy's website. *See* https://embassyofniger-usa.org/contact/ (last accessed Feb. 6, 2026).

In addition, the Court ordered MMEA to serve Niger's Head of the Ministry of Foreign Affairs in Niamey, Niger. The undersigned's office contacted UPS, FedEx, and DHL to deliver the service packet to Niger by February 6 or as soon as possible. However, the soonest the service packet may be delivered is via FedEx, which expects—but does not guarantee—that delivery will be made on February 16, 2026. On February 6, MMEA sent the service packet to Head of the Ministry of Foreign Affairs in Niamey, Niger, via FedEx.

*Menzies Middle East and Africa SA v. Republic of Niger*
Page 2
February 6, 2026

Accordingly, MMEA respectfully requests it be relieved from the February 5 Order's overnight service requirement, as despite MMEA's best efforts, the soonest the service packet may be delivered to the Ministry of Foreign Affairs in Niger is on February 16, 2026. MMEA will file proof of service once it receives confirmation that the service packet was delivered to all three addresses.

Sincerely,

M. Zachary Bluestone

To the extent that overnight service of documents to the Ministry of Foreign Affairs is impossible, Petitioner is excused from that requirement.  Petitioner is directed to file proof of service on the docket as soon as possible.  Petitioner should appear for the conference scheduled for **today at 3:00 p.m.**

SO ORDERED.

February 9, 2026