UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                      :

MENZIES MIDDLE EAST AND AFRICA SA,     :

                                        :

                 Petitioner,     :             25-MC-332 (JMF)

     -v-                                 :

                                        :             ORDER

REPUBLIC OF NIGER,                    :

                                        :

                 Respondent.    :

                                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     As stated on the record during the teleconference held earlier today:

- Respondent shall file its opposition, if any, to Petitioner's motion for a temporary restraining order by **March 3, 2026**. Petitioner shall file any reply by **March 10, 2026**. **If Respondent does not file any opposition by that deadline, the Court may grant Petitioner's motion as unopposed.**

- Before filing its opposition, Respondent shall contact counsel for Petitioner to meet and confer regarding the relief Petitioner seeks and the briefing schedule set above. Any request to modify the briefing schedule shall be made by letter-motion.

- Petitioner is directed to serve Respondent with a copy of its February 6, 2026 letter, ECF No. 10, the Court's endorsement of the same, ECF No. 11, and this Order to the same addresses and in the same fashion as directed in the Court's February 5, 2026 Order, ECF No. 8. To the extent that overnight service to Niger is impracticable, Petitioner should make service in the most expeditious manner possible.

     The Clerk of Court is directed to reopen the case.

     SO ORDERED.

Dated: February 9, 2026
      New York, New York
                                    JESSE M. FURMAN
                               United States District Judge