**>GluckBluestone**

Gluck Bluestone, P.C.

52 Duane Street, 7th Floor
New York, NY 10007
-and-
1717 K Street NW, Suite 900
Washington, D.C. 20006

M. Zachary Bluestone
t 646.970.7712
zbluestone@gluckbluestone.com

February 16, 2026

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 24-B
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

>    Re:    **Service of Letter Motion [ECF No. 010] and Order [ECF No. 012] -** *Menzies Middle East and Africa Sa v. Republic of Niger;* **Case 1:25-mc-332-JMF**

Dear Judge Furman,

This firm represents Judgment Creditor Menzies Middle East and Africa SA ("MMEA") in this action. Previously, the Court ordered MMEA to serve its motion for temporary restraining order and related documents (the "service packet") on Judgment Debtor at various domestic and international addresses by February 6, 2026. (ECF No. 8). Service was thereafter made in accordance with that order. ECF No. 10.

On February 9, 2026, the Court held a telephone conference and entered an order (ECF No. 12) setting a briefing schedule and providing further directives for MMEA to serve Respondent with copies of its February 6 Letter to the Court (ECF No. 10), the Court's Endorsement (ECF No. 11) and the Court's February 9, 2026 Order (ECF No. 12), (the "2nd service packet"), and in the same fashion as directed in the Court's February 5, 2026 Order.

Consistent with the Court's February 9, 2026 Order, on February 10, 2026 MMEA arranged for the 2nd service packet to be sent overnight delivery via FedEx on (i) Clémence Aïssatou Baré, Ambassador of the Republic of Niger to the United States, in Washington, D.C.; and (ii) Yaou Sangaré Bakary, Permanent Representative of the Republic of Niger to the United Nations, in New York. The 2nd service packet was delivered to Mr. Aïssatou and Mr. Sangaré on Wednesday, February 11, 2026.

Also, consistent with the Court's February 9 Order, MMEA arranged for the 2nd service packet to be sent via FedEx International Priority delivery on Respondent, Niger's Head of the Ministry of Foreign Affairs in Niamey, Niger. According to the FedEx tracking information, anticipated delivery of this 2nd service packet is anticipated to be delivered on February 23, 2026.

Sincerely,

M. Zachary Bluestone