

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Brian L. Beckerman
Tel: +1.212.858.1228
brian.beckerman@pillsburylaw.com

March 3, 2026

**VIA ECF**
Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

> **Re:** ***Menzies Middle East and Africa SA v. Republic of Niger***, Case No.
> **25-mc-00332-JMF: Letter Motion for Extension of Briefing**
> **Schedule**

Dear Judge Furman:

I write on behalf of Respondent Republic of Niger ("Respondent"), pursuant to Rules 2(A), (D) and 4(A) of Your Honor's Individual Rules and Practices in Civil Cases, and the Court's February 9, 2026 Order (Dkt. No. 12, the "February 9 Order"), to request an extension of time for Respondent to respond to Petitioner's motion for a temporary restraining order (Dkt. Nos. 5-7, the "TRO").

Respondent requests a 30-day extension of time to respond, from March 3, 2026 to April 2, 2026. This is Respondent's first request for an extension and there are no other existing case deadlines. Respondent requests this extension because it has just retained counsel – my law firm – in this matter.

Pursuant to the Court's directive in the February 9 Order, we contacted counsel for Petitioner earlier today regarding the briefing schedule on the TRO. Counsel for Petitioner agreed to consent to Respondent's request for a 30-day extension, and counsel for Respondent agreed to an extension of Petitioner's deadline to file a reply brief, from March 10, 2026 to April 28, 2026.

Accordingly, Respondent respectfully requests that the Court grant its extension request and modify the briefing schedule on Petitioner's TRO as follows:

- **April 2, 2026:** Respondent's deadline to respond to the TRO; and

- **April 28, 2026:** Petitioner's deadline to file a reply in support of the TRO.

Respectfully submitted,

*/s/ Brian L. Beckerman*
Brian L. Beckerman

*Counsel for Respondent Republic of Niger*

cc:    All Counsel of Record (Via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

March 4, 2026