UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
MENZIES MIDDLE EAST AND AFRICA SA,                                      :
                                                                        :
                                Petitioner,                             :
                                                                        :          25-MC-332 (JMF)
                -v-                                                      :
                                                                        :          ORDER
REPUBLIC OF NIGER,                                                       :
                                                                        :
                                Respondent.                             :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 27, 2026, Petitioner filed a reply brief in support of its motion for a temporary restraining order ("TRO") and seeking further injunctive relief, including an attachment of the property in question pursuant to 28 U.S.C. § 1610(c) and New York Civil Practice Law and Rules ("CPLR") § 5222. *See* ECF No. 22, at 1. The Court, however, had previously ordered the parties to brief only the motion for a TRO. *See* ECF No. 12. Accordingly, and to avoid prejudice to Respondent, the Court will reserve judgment on the pending TRO motion and invite further briefing on the other relief Petitioner seeks. **No later than May 14, 2026**, Respondent shall file any opposition to Petitioner's additional requests for injunctive relief pursuant to 28 U.S.C. § 1610(c) and CPLR § 5222. Petitioner shall file any reply **by May 21, 2026**.

        SO ORDERED.

Dated:  April 29, 2026
        New York, New York                                    _____
                                                                JESSE M. FURMAN
                                                                United States District Judge