UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

MENZIES MIDDLE EAST AND AFRICA SA,      :

                        :

               Petitioner,         :

                        :               25-MC-332 (JMF)

       -v-                       :

                        :                  <u>ORDER</u>

REPUBLIC OF NIGER,                  :

                        :

              Respondent.       :

                        :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Upon review of the parties' most recent submissions, *see* ECF Nos. 26, 29, 37, and 39, the Court would be inclined to solicit the views of the United States as to whether issuing a writ of execution on the property at issue would be consistent with the treaty obligations of the United States under the Vienna Convention on Diplomatic Relations. If any party objects to that course of action, it shall file its objection **no later than July 1, 2026**.

       SO ORDERED.

Dated: June 26, 2026
       New York, New York                                          JESSE M. FURMAN
                                                   United States District Judge