pillsbury

Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, NW | Washington, DC 20036 | tel 202.663.8000 | fax 202.663.8007

Gary J. Shaw
tel: +1.202.663.8094
gary.shaw@pillsburylaw.com

September 4, 2026

**VIA ECF**

Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007

Re: ***Menzies Middle East and Africa SA v. Republic of Niger*, Case No. 25- mc-00332-JMF: Settlement Status**

Dear Judge Furman,

By way of a status update, we file this letter motion on behalf of both Respondent Republic of Niger and with permission on behalf of Petitioner Menzies Middle East and Africa SA to seek an adjournment of the deadlines set by the Court. Since the last joint filing (Dkt. 50), the parties have settled all issues regarding both the judgment entered by the U.S. District Court for the District of Columbia on July 3, 2025, and the issues before the Court in these proceedings. Promptly after the Labor Day holiday, the parties will be submitting a request to conclude these proceedings.

Respectfully submitted,

/s/ Gary J. Shaw
Gary J. Shaw
*Counsel for the Republic of Niger*

Application GRANTED. The parties are directed to file a status report by **no later than September 11, 2026** in the event they do not not submit a request to conclude these proceedings by that date.

SO ORDERED

September 4, 2026