**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MENZIES MIDDLE EAST AND AFRICA SA

Petitioner,

-against-

REPUBLIC OF NIGER

Respondent.

Case No. 25-mc-00332-JMF

**~~[PROPOSED]~~ ORDER**

Upon consideration of the parties' Joint Motion to Dismiss, and good cause appearing, it is hereby ORDERED that:

1. The parties' joint motion is GRANTED.
2. This action is DISMISSED with prejudice, without costs, fees, or expenses to any party.
3. The proposed writ of execution and restraining notice filed at Dkt. 44 are DENIED.
4. The Clerk of Court is respectfully directed to close this case. and terminate ECF No. 55.

SO ORDERED.

Dated: September 9, 2026
New York, New York

Hon. Jesse M. Furman
United States District Judge